[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 26, 2010
JOHN LEY
CLERK

No. 09-14387
Non-Argument Calendar

_____

D. C. Docket No. 08-80096-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOE L. ADAMS,
a.k.a. Preacher,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 26, 2010)

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Joe L. Adams, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Adams's conviction and sentence are **AFFIRMED**.